[No. 30474-7-I.   Division One.   August 30, 1993.]

MERRILL H. GERSTEL, ET AL, *Appellants*, v. DELL E. KEEHN, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-20810-5, Faith Enyeart, J., entered March 3, 1992. *Reversed* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 30679-1-I.   Division One.   August 30, 1993.]

LINDA SHARP, *Appellant*, v. ROBERT JACQUES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 83-3-07883-4, Lloyd W. Bever, J., entered April 21, 1992. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, A.C.J., concurred in by Scholfield, J., Kennedy, J., dissenting.